AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHAWN L. PERRY
                Plaintiff

    v.

Civil Action No. 2:23-cv-247

LINCOLN NICHOLS
*Field Officer, Individual capacity*
                Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE for nonpayment of the filing fee.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A. Brady

DATE: 2/4/2025                       CHANDA J. BERTA, CLERK OF COURT

                                                    by   s/ S. Jarrell_____
                                                    *Signature of Clerk or Deputy Clerk*